# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Laura L. Davis, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 13-0168-CV-W-JTM |
| Carolyn W. Colvin, | ) ) |
| Defendant. | ) ) ) |

## **O R D E R**

On June 24, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed October 24, 2013, [Doc. 7] and the *Brief For Defendant*, filed January 6, 2014, [Doc. 10]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


                                           */s/ John T. Maughmer*
                                         **JOHN T. MAUGHMER**
                                         **U. S. MAGISTRATE JUDGE**